# Pounder Declaration Exhibit F

```
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK
```

_____

TWELVE SIXTY LLC, ARON          )
MARDEROSIAN and ROBERT          )
MARDEROSIAN,                    )
                                ) Civil Action No.
           Plaintiffs           ) 1-17-cv-01479
                                )
     vs.                        )
                                )
EXTREME MUSIC LIBRARY           )
LIMITED, a division of Sony/    )
ATV Music Publishing;           )
EXTREME MUSIC LIMITED;          )
VIACOM INTERNATIONAL, INC.;     )
NEW CREATIVE MIX INC.; HYPE     )
PRODUCTION MUSIC,               )
                                )
           Defendants.          )


        Videotaped deposition of ROBERT MARDEROSIAN

                    July 20, 2018

                  New York, New York



Reported by:

Lisa Forlano

Job no: 22271

Page 2

1
2        Videotaped deposition of ROBERT
3  MARDEROSIAN, taken by and before Lisa Forlano, CCR,
4  CRR, RMR, at Pryor Cashman LLP, 7 Times Square, 40th
5  Floor, New York, New York, on Friday, July 20, 2018,
6  commencing at 10:10 a.m.

Page 3

1  APPEARANCES:
2
3        MARDEROSIAN & COHEN
         BY:  MICK MARDEROSIAN, ESQUIRE
4        1260 FULTON MALL
         FRESNO, CALIFORNIA  93721
5        (559) 441-7991
         mick@mcc-legal.com
6        ATTORNEYS FOR PLAINTIFFS
7
8        PRYOR CASHMAN LLP
         BY:  DONALD S. ZAKARIN, ESQUIRE
9             ROSS M. BAGLEY, ESQUIRE
         7 TIMES SQUARE
10       40th FLOOR
         NEW YORK, NEW YORK 10036
11       (212) 421-4100
         dzakarin@pryorcashman.com
12       rbagley@pryorcashman.com
         ATTORNEYS FOR THE DEFENDANTS,
13       EXTREME MUSIC LIBARY
14
15       LOEB & LOEB LLP
         BY:  WOOK J. HWANG, ESQUIRE
16            PETER POTTIER, ESQUIRE
              ERIN SMITH DENNIS, ESQUIRE
17       345 PARK AVENUE
         NEW YORK, NEW YORK  10154
18       (212) 407-4035
         ppottier@loeb.com
19       edennis@loeb.com
         whwang@loeb.com
20       ATTORNEYS FOR THE DEFENDANTS, VIACOM
         INTERNATIONAL AND NEW CREATIVE MIX
21
22
23       ALSO PRESENT:
24       MORRIS RHODES, VIDEOGRAPHER
25

Page 4

1
2              I N D E X
3
4   WITNESS                          PAGE
5   ROBERT MARDEROSIAN
6     BY MR. ZAKARIN                   8
7     BY MR. HWANG                   377
              E X H I B I T S
8
    RM-24  Letter dated 5/24/18 to Judge Crotty   20
9   from Marderosian & Cohen
10  RM-25  ASCP list, PLTF016764 - PLTF016815      24
11  RM-25A Registration documents, ASCAP0067 -     58
    ASCAP0084
12
    RM-1   First Amended Complaint For Damages And  63
13  Demand For Jury Trial
14  RM-2   Blanket Composer Agreement (Direct)     76
    document, VIACOM_0000238 - VIACOM_0000252
15
    RM-3   Letter dated 3/7/11 from New Creative   80
16  Mix Inc. to TwelveSixty, LLC
17  RM-4   Email chain from Robert to Ernesto,    150
    May 23, 2012
18
    RM-4A  Outstanding cues document, PLTF007978 - 151
19  PLTF007982
20  RM-5   e-mail chain                            156
21  RM-5A  e-mail chain, PLTF007969 - PLTF007975   158
22  RM-6   Letter dated 4/30/13 from Ryan Seacrest 166
    Productions, LLC to TwelveSixty, LLC
23
    RM-7   e-mail chain                            212
24
    RM-8   BMI Royalty Statement, PLTF005648 -     244
25  PLTF005652 AND PLTF004565 - PLTF004580

Page 5

1           E X H I B I T S (CONTINUED)
2   RM-9   BMI Royalty Statement, PLTF006120       250
3   RM-10  BMI Royalty Statement for fourth quarter 273
    2015, PLTF006263 - PLTF006330
4
    RM-11  Short Form License #2                   279
5
    RM-12  Short Form License Agreement #4         289
6
    RM-13  e-mail dated 9/2/11 and attachment      304
7
    RM-14  e-mail chain dated 9/2/11               311
8
    RM-15  e-mail chain                            316
9
    RM-16  e-mail chain and attachment             326
10
    RM-17  The Extreme Music Library Limited       334
11  documentation dated January - June 2012
12  RM-18  The Extreme Music Library Limited       335
    documentation dated July to December 2014
13
    RM-19  The Extreme Music Library Limited       335
14  documentation dated January to June 2015
15  RM-27  e-mail chain                            346
16  RM-28  e-mail chain                            348
17  RM-32  Document PLTF016707 - PLTF016715        356
18  RM-33  Document - BMI/Repertoire Search - There 362
    are 249 Titles
19
    RM-34  Song 49. The Passerby Re-Titled Passing  362
20  Thru & AETN Passing Thru, PLTF016717 -
    PLTF016725
21
    RM-35  Document - BMI/Repertoire Search - There 363
22  are 237 Titles
23  RM-38  Song 53. It's A Good Life Re-Titled The  364
    Good Life & AETN The Good Life, PLTF016739 -
24  PLTF016754
25  RM-39  BMI/Repertoire Search - There are 1,013  364

                                    2 (Pages 2 to 5)

Page 6

```
 3            E X H I B I T S  (CONTINUED)
 4    RM-23  BMI statements, PLTF005691 - PLTF006685  372
 5    RM-40  e-mail, PLTF_E_0000205             407
 6    RM-41  e-mail, PLTF_E_0000206             421
 7    RM-42  e-mail chain, PLTF_E_0000015 -     424
           PLTF_E_0000017
 8
           RM-43  e-mail chain, PLTF_E_0000132 -    431
 9         PLTF_E_0000134
10    RM-44  e-mail, PLTF_E_0000199             434
11    RM-45  e-mail chain, PLTF_E_0000791 -     442
           PLTF_E_0000792
12
           RM-46  List                              442
13
           RM-47  e-mail chain, PLTF_E_0002609-    470
14         PLTF_E_0002610
15    RM-48  e-mail dated 3/28/13              479
16    RM-49  e-mail chain                       485
17    RM-50  BMI Royalty Statement, US performance  494
           period, First Quarter 2012
18
           RM-51  e-mail                             513
19
           RM-52  e-mail chain                       514
20
           RM-53  e-mail chain                       516
21
           RM-54  e-mail chain                       526
22
                    R E Q U E S T S
23    Copy of settlement agreement            11
24    Copy of settlement agreement, Robert J.    12
      Marderosian, et al. vs. Daymark, Inc.
25
```

Page 7

 1          VIDEO OPERATOR:  This is tape number
 2   one of the videotaped deposition of Robert
 3   Marderosian, in the matter of TwelveSixty LLC,
 4   Aron Marderosian, et al., versus Extreme Music
 5   Library Limited, et al., in the United States
 6   District Court for the Southern District of
 7   New York, file number 1-17-cv-01479-PAC.  This
 8   deposition is being held at Pryor Cashman,
 9   LLP, at 7 Times Square in New York City on
10   July 20, 2018 at approximately 10:10 a.m.
11          My name is Morris Rhodes.  I am the
12   videographer from TransPerfect Legal
13   Solutions.  The court reporter is Lisa
14   Forlano, also from TransPerfect Legal
15   Solutions.
16          Will counsel please introduce
17   themselves.
18          MR. MARDEROSIAN:  My name is Mick
19   Marderosian.  I'm an attorney.  I represent
20   the Plaintiffs, and the deponent in this case,
21   Robert Marderosian.
22          MR. ZAKARIN:  Don Zakarin, Pryor
23   Cashman.  With me is Ross Bagley.  We
24   represent the Extreme defendants.
25          MR. HWANG:  My name is Wook Hwang, with

Page 8

 1   the law firm of Loeb & Loeb, and with me is my
 2   colleague, Erin Smith Dennis, and we represent
 3   Viacom International, Inc. and New Creative
 4   Mix.
 5          VIDEO OPERATOR:  Will the court
 6   reporter please swear in the witness.
 7          ROBERT MARDEROSIAN, having been duly
 8   sworn, was examined and testified as follows:
 9   BY MR. ZAKARIN:
10       Q    Good morning, Mr. Marderosian.
11       A    How are you?
12       Q    Good.
13       A    Good.
14       Q    Your name for the record, please.
15       A    Robert J. Marderosian.
16       Q    And your address?
17       A    24727 Vantage Point Terrace, Malibu,
18   California 90265.
19       Q    Okay.  Have you previously been deposed
20   in any case?
21       A    No.
22       Q    So this is your first deposition --
23       A    Correct.
24       Q    -- although you've attend many of the
25   depositions.  So you know how they operate?

Page 9

 1       A    Regarding this legal matter, yes.
 2       Q    So what I want to do is just give a few
 3   instructions and then we'll get to the guts of this.
 4   In terms of the process, I'm going to ask you
 5   questions, please wait until I'm done and then
 6   answer to the best of your ability.  If you don't
 7   understand the question, let me know.  I don't want
 8   you answering a question and I'm sure your counsel
 9   doesn't want you answering a question that I didn't
10   ask.  So if there's any lack of clarity, let me know
11   and I'll rephrase it.
12       A    Understood.
13       Q    All questions are going to be answered,
14   unless your counsel instructs you not to answer.
15   There will be objections, I am sure.  We have seen a
16   few.  And, again, unless there's an instruction not
17   to answer, the question has to be answered.
18       A    Understood.
19       Q    Anytime you want to take a break, let
20   me know, and we will immediately take a break.
21   Hopefully, there will not be a question pending.  If
22   there is a question pending, I would prefer to get
23   the answer before we take a break.
24          So is that all clear to you?
25       A    Absolutely.

Page 266

1  A   No, that is not.  That information
2  comes from the broadcaster when they're filling out
3  the cue sheet from the usage.
4  Q   So from the perspective of the
5  publisher providing information, it's the author,
6  the publisher, the title and the performing rights
7  society; that's the metadata that you were referring
8  to?
9  A   Roughly, yes.
10  Q   Okay.  I just wanted to understand what
11  that was.
12      In what form, to your knowledge, is
13  that metadata supplied to broadcasters or program
14  users?
15      MR. MARDEROSIAN:  You mean in this
16      case, Don, how is it?
17      MR. ZAKARIN:  I'm trying to find in
18      general first.
19  BY MR. ZAKARIN:
20  Q   In general, do you know?
21  A   I'm going to use this case as an
22  example.
23  Q   Sure.
24  A   We've heard that Extreme, and I believe
25  Mr. Emanuel testified to this, Extreme provides

Page 267

1  their third parties with a drive which includes all
2  that data, including audio, and has also, at times,
3  been misreported on their website, Extreme Music,
4  and also the A & E AETN music licensing website.
5  Q   So the data is either provided by a
6  drive which contains the information --
7  A   Yeah.
8  Q   -- correctly or incorrectly, or it's
9  available to be obtained from the website, is that
10  correct, the Extreme website?
11  A   Correct.  Correctly or incorrectly.
12  Q   To the best of your knowledge, is the
13  information sort of track specific.  Is the
14  information tied to each individual track that's on
15  the drive?
16      MR. MARDEROSIAN:  Track meaning the
17      audio file?
18      MR. ZAKARIN:  Yeah, audio file.
19      THE WITNESS:  It should be.  It should
20      be.
21  BY MR. ZAKARIN:
22  Q   And if I understand your testimony,
23  it's your testimony that you believe that the
24  metadata has been changed from time to time at
25  least?

Page 268

1  A   I do.
2  Q   But you have been reported on your BMI
3  statements by for thousands and tens of thousands of
4  uses of your works by various and sundry
5  broadcasters, correct?
6  A   Correct.
7  Q   And in order for them to report to you,
8  BMI, they have to get the information from
9  broadcasters or program suppliers, correct?
10  A   I think this is what comes into
11  question is what was asked yesterday of BMI.  BMI is
12  not aware of the audio pertaining to the
13  registration or the metadata, let's call it.
14  Q   I understand that.  But the metadata
15  for the composition sounds to be exactly the same as
16  the metadata for the audio file --
17  A   Right.
18  Q   Let me at least get my question out.
19  It seems to be the same, that it's the author, the
20  publisher, the title, the performing rights society,
21  and in addition for cue sheets, it's the program,
22  it's the timing, it's other information as well,
23  right?
24  A   Let me clarify it, Mr. Zakarin.  When
25  our song "Mulholland Drive," we'll use it as an

Page 269

1  example, goes out on a drive, our audio, sound
2  recording, I expected every time to be listed
3  properly as the song title "Mulholland Drive," the
4  author is Aron Marderosian, Robert Marderosian, the
5  performing rights society, BMI.  After that, it is
6  up to the music supervisor or the third-party
7  licensee broadcaster, let's call it, to fill out the
8  cue sheet properly with the timing information and
9  the nature of the use on the program that it was
10  used.
11  Q   I agree.  And my question was going a
12  little bit differently, so let's try to work through
13  it, and then we can take a break in about five
14  minutes.  And then I'll try and race through and get
15  rid of some more stuff.
16  A   I'm here all night.
17  Q   Fine with me as well, but maybe it's
18  not fine with the court reporter, but we'll do our
19  best to work through this.
20      What I was trying to get at is, you've
21  been reported on from broadcasters by BMI for the
22  broadcasters use of your works, or programmers use
23  of your works, on tens of thousands of uses,
24  correct?
25  A   Correct.

Page 270

1  Q   In order for you to get reported by
2  them, by BMI, and for BMI to get the information for
3  those uses the metadata has to be correct, doesn't
4  it?
5  A   You're absolutely correct.
6  Q   And so at least as to the reported uses
7  that you've received and been paid on, you
8  understand that the metadata should be correct,
9  correct?
10        MR. MARDEROSIAN:  Each and every time.
11        MR. ZAKARIN:  Where he's being reported
12     to and paid.
13        THE WITNESS:  I understand what you're
14     saying.  I wouldn't be expected to be paid for
15     anybody else's work, that's correct.
16  BY MR. ZAKARIN:
17  Q   Mistakes happen and you may well be
18  paid for other people's works occasionally?
19  A   Yeah.
20  Q   And, indeed, I think you may have
21  mentioned something about that before.
22  A   Not really related.
23        MR. MARDEROSIAN:  Just for the record,
24     I'm going to object to the use of the term
25     "mistakes."  It's argumentative.

Page 271

1  BY MR. ZAKARIN:
2  Q   So at least with respect to the tens of
3  thousands of uses that have been reported and paid
4  on, those should have been the correct information
5  in order for you to get paid?
6  A   That's right.
7  Q   So did it occur to you that in order
8  for that to happen over eight years, and for your
9  view that the metadata gets changed, Extreme or
10  Viacom would have to be changing and then changing
11  back repeatedly the metadata in order to deprive you
12  of some payment when thousands and tens of thousands
13  of payments are coming through?
14  A   Absolutely.
15  Q   Okay.
16        And it's your view that they are
17  devoting their time to monkeying with the metadata
18  back and forth, back and forth, just to deprive you
19  of payment?
20  A   Now you sound like my grandfather using
21  the term "monkeying."
22  Q   I'm old enough to be your grandfather.
23  A   Yes, I do.  And I'll explain briefly.
24  I come to this conclusion, because like we've said,
25  when you've got various retitling, various

Page 272

1  registrations, various prefixes, multiple titles
2  still being registered up to this point, et cetera,
3  no tunes detected up to certain uses, payments for
4  different titles on your statements, you come to the
5  conclusion that someone is monkeying with your
6  metadata and your audio.
7  Q   So it's a conclusion you've reached.
8  What is your actual evidence that any metadata has
9  been changed?
10        MR. MARDEROSIAN:  He's already
11     explained that to you.  I'm going to object to
12     the term of "evidence," calling for a legal
13     opinion and conclusion; and he's already
14     answered the question.  But you can answer it
15     again.
16        THE WITNESS:  Thank you.  I'm going to
17     refer back to Mr. Pounder's declaration.  I
18     think that was evidence enough that it is
19     quite possible, and has happened, that our
20     audio was used under someone else's
21     methodology.
22  BY MR. ZAKARIN:
23  Q   You're talking about, if I'm
24  understanding you correctly, the Range Rover --
25  A   Land Rover.

Page 273

1  Q   I must have been calling for the more
2  expensive car.
3  A   I wish I could afford one.
4        MR. MARDEROSIAN:  I think that was one
5     of the examples.
6        THE WITNESS:  That's right.
7        MR. ZAKARIN:  That's fine.
8        MR. MARDEROSIAN:  In an e-mail, I think
9     he said.
10  BY MR. ZAKARIN:
11  Q   That's useful to me.  I appreciate it.
12        MR. MARDEROSIAN:  Can we take a -- if
13     you're not wrapped up, we'll keep going.
14        MR. ZAKARIN:  Let me just finish this
15     page, ask a couple of questions, and then take
16     a break for five minutes.
17        MR. MARDEROSIAN:  That's fine.
18        MR. ZAKARIN:  I'm going to mark as an
19     exhibit.
20        THE WITNESS:  Ten is coming.
21        MR. BAGLEY:  Ten is coming.
22        THE WITNESS:  The single page is 9.
23        MR. MARDEROSIAN:  This is RM-10?
24        MR. ZAKARIN:  Yes.
25        (BMI Royalty Statement for fourth

TransPerfect Legal Solutions
212-400-8845 - Depo@TransPerfect.com

Page 534

1  that production, was 31,296.  That number has grown
2  since.
3      Q   Okay.  You listened to all 31,000-plus
4  of those audio files?
5      A   As Don said, a lot of them are grouped
6  together; but yes, we have.
7      Q   Okay.  And of those detections, how
8  many, if you know, were for in-program uses?
9      A   Without my notes in front of me, tough
10 to say off the top of my head.  I'd say a fair
11 amount of them.
12     Q   Do you know?  Can you give me a range?
13     A   No.  I can't give you a range.
14     Q   You haven't quantified it?
15     A   No, there's an expert that's putting
16 that together for this.
17     Q   Is that expert Bob Cohen?
18     A   That's between you and my attorney.
19 You're welcome to ask him, Mr. Hwang.  I will make
20 note, though, that the amount of usages detected in
21 these TuneSat are far less than in the cue sheets
22 that were turned in and far less than the cue sheets
23 that were turned in to Extreme.
24         MR. MARDEROSIAN:  And the answer is
25     there are auditing consultants that I have

Page 535

1  retained.
2          MR. HWANG:  With that, I have no
3      further questions.
4          MR. MARDEROSIAN:  I have no questions.
5          MR. ZAKARIN:  I have no questions.
6          VIDEO OPERATOR:  We are now going off
7      the record at 10:14 p.m.  This concludes tape
8      9 and the deposition of Robert Marderosian.

Page 536

            C E R T I F I C A T I O N

        I, LISA FORLANO, a Certified Realtime
Reporter, Certified Court Reporter and Notary
Public, do hereby certify that I reported the
deposition in the above-captioned matter, that
the said witness was duly sworn by me; that
the foregoing is a true and correct transcript
of the stenographic notes of testimony taken
by me in the above-captioned matter.
        I further certify that I am not an
attorney or counsel for any of the parties,
not a relative or employee of any attorney or
counsel connected with the action, nor
financially interested in the action.

        LISA FORLANO, CRR, CCR #XI01143

Dated:  August 2, 2018

Page 537

            JURAT
    I, ROBERT MARDEROSIAN, the witness herein,
the foregoing testimony of the pages of this
deposition, do hereby certify it to be a true
and correct transcript, subject to the corrections,
if any, shown on the attached page.


        _____
            ROBERT MARDEROSIAN



Subscribed and Sworn to before me
this _____ day of     2018.
_____
Notary Public

```
                                            Page 538
 1        I wish to make the following changes, for
 2   the following reason:
 3   PAGE   LINE
 4   ____   ____    CHANGE: _____
 5   ____   ____    REASON: _____
 6   ____   ____    CHANGE: _____
 7   ____   ____    REASON: _____
 8   ____   ____    CHANGE: _____
 9   ____   ____    REASON: _____
10   ____   ____    CHANGE: _____
11   ____   ____    REASON: _____
12   ____   ____    CHANGE: _____
13   ____   ____    REASON: _____
14   ____   ____    CHANGE: _____
15   ____   ____    REASON: _____
16   ____   ____    CHANGE: _____
17   ____   ____    REASON: _____
18   ____   ____    CHANGE: _____
19   ____   ____    REASON: _____
20   ____   ____    CHANGE: _____
21   ____   ____    REASON: _____
22   ____   ____    CHANGE: _____
23   ____   ____    REASON: _____
24   PAGE   LINE
25   ____   ____    CHANGE: _____
                                            Page 539
 1        I wish to make the following changes, for
 2   the following reason:
 3   PAGE   LINE
 4   ____   ____    CHANGE: _____
 5   ____   ____    REASON: _____
 6   ____   ____    CHANGE: _____
 7   ____   ____    REASON: _____
 8   ____   ____    CHANGE: _____
 9   ____   ____    REASON: _____
10   ____   ____    CHANGE: _____
11   ____   ____    REASON: _____
12   ____   ____    CHANGE: _____
13   ____   ____    REASON: _____
14   ____   ____    CHANGE: _____
15   ____   ____    REASON: _____
16   ____   ____    CHANGE: _____
17   ____   ____    REASON: _____
18   ____   ____    CHANGE: _____
19   ____   ____    REASON: _____
20   ____   ____    CHANGE: _____
21   ____   ____    REASON: _____
22   ____   ____    CHANGE: _____
23   ____   ____    REASON: _____
24   PAGE   LINE
25   ____   ____    CHANGE: _____
```