# Pounder Declaration Exhibit G

# Filed Under Seal