# Pounder Declaration Exhibit S

# Filed Under Seal