# Pounder Declaration Exhibit HH

# Kleiner, Yevgenia S.

| | |
|---|---|
| **From:** | Mick Marderosian <mgm@mcc-legal.com> |
| **Sent:** | Tuesday, October 16, 2018 9:21 AM |
| **To:** | whwang@loeb.com; Zakarin, Donald S. |
| **Cc:** | Heather Cohen; Kate Holly; Erin Smith Dennis (edennis@loeb.com); Bagley, Ross; Kleiner, Yevgenia S. |
| **Subject:** | FW: MTV - TEEN WOLF - BATTLEFIELD - "FLY CURIOUS" |
| **Attachments:** | VIACOM_0005118.pdf; VIACOM_0008616.pdf; July 2013 to Decemeber 2013_USA BMI Performance_ Fly Curious Teen Wolf.pdf; January 2015 to June 2015_USA BMI Performance_ Fly Curious Teen Wolf.pdf |

Wook,

Here is single example of Extreme Paying Viacom a Publisher share of BMI Performance Income, that we are NOT receiving writer share income on our client's corresponding BMI statements.

The following evidence pertains to the MTV Series TEEN WOLF, episode *BATTLEFIELD*. The episode featured one of our works subject to this lawsuit titled "FLY CURIOUS."

Attached are Extreme semi-annual statements to Viacom for the JULY 2013 to DECEMBER 2013, and JANUARY 2015 to JUNE 2015 periods. You will see EXTREME paying VIACOM USA BMI Performance Royalties for "FLY CURIOUS" in the MTV series TEEN WOLF.

The next attachments are our BMI Statements for Q3 & Q4 2013 and Q1 & Q2 2015 showing WE ARE NOT BEING PAID Writers Performance Royalties from BMI for the MTV series "TEEN WOLF" for the song "FLY CUROUS" in either of these 6 month periods.
Yet both the Extreme and Viacom defendants are being paid publishing royalties for USA BMI PERFORMANCE of "FLY CURIOUS" in TEEN WOLF on the semi-annual statements provided to Viacom by Extreme.

Your client's are collecting Publishing income on our works performing on Viacom networks, and my clients are not being paid a writers share royalty reflecting the performance on our BMI writer share statements.

This is just one single example of what we have found. The gaps in your document production clearly are relevant to this analysis and need to be produced.



**Mick Marderosian**



**Email: mick@mcc-legal.com**
**Website: www.mcc-legal.com**
**\*Licensed to practice in California, Washington, and Washington D.C.**

**Fresno Bakersfield**

1

1260 Fulton Street 1200 Truxtun Ave., Ste. 130
Fresno, CA 93721 Bakersfield, CA 93301
Tel: (559) 441-7991 Tel: (661) 634-9787
Fax: (559) 441-8170
Cell: (559) 273-1136

CONFIDENTIALITY NOTICE: This e-mail is intended to be sent only to the recipient stated therein. This e-mail is confidential and also may be legally privileged or protected by the attorney-client privilege or work product doctrine, and also may be restricted from disclosure by applicable state and federal law. Any copying, disclosure, distribution, review or use of this e-mail by other than the intended recipient or that person's agent is strictly prohibited. If you have received this e-mail in error, please notify the sender, and immediately permanently delete or destroy this e-mail, and all copies thereof from any drives or storage media, and destroy any printouts of the e-mail.