# Exhibit B
To the Zakarin Declaration
in opposition to
Plaintiffs' motion to strike evidence on
Extreme's motion for summary judgment

# Zakarin, Donald S.

| | |
|---|---|
| **From:** | Lower, J. Brugh <JLower@gibbonslaw.com> |
| **Sent:** | Monday, December 10, 2018 1:11 PM |
| **To:** | Mick Marderosian; Heather Cohen; Zakarin, Donald S.; Bagley, Ross |
| **Subject:** | Twelve Sixty, et al. v. Extreme Music, et al. - TuneSat |
| **Attachments:** | Declaration of Chris Woods.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Counsel: Please see the attached declaration regarding the document TS000769 produced by TuneSat pursuant to your subpoenas.

Brugh

J. Brugh Lower
Gibbons P.C.
NJ Office: One Gateway Center, Newark, NJ 07102
NY Office: One Pennsylvania Plaza, 37th Floor, New York, NY 10119
Direct Dial: (973) 596-4581
Direct Fax: (973) 639-6292
jlower@gibbonslaw.com



**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TWELVE SIXTY LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXTREME MUSIC LIBRARY LIMITED, et al., <br><br> Defendants. | Civil Action No. 17-1479 <br><br> **DECLARATION OF CHRIS WOODS** |

I, Chris Woods, hereby declare as follows:

1. I am the Chief Operating Officer for TuneSat, LLC ("TuneSat"), and I make this declaration based upon my personal knowledge and review of relevant documents produced by non-party TuneSat in this matter.

2. In response a non-party subpoena from Twelve Sixty, LLC, Aron Marderosian, and Robert Marderosian, as well as a non-party subpoena from Extreme Music Limited and Extreme Music Library Limited, TuneSat produced a detection export spreadsheet in native format bearing Bates number TS000769 (file name TS000769-CONFIDENTIAL.csv). That spreadsheet contains data for 31,296 detections, which was exported using the expanded view from the TuneSat web portal. This is the total number of detections that were available in the account at that time. Each row in the spreadsheet represents a single detection. The "usage count" column in the expanded view of the spreadsheet identifies the number of times an identical detection appears in the same spreadsheet. Stated differently, because each individual detection is separately displayed in its own row in the expanded view, the "usage count" reflects the number of rows of common detections, and thus, the same "usage count" number appears in each row of

all of the common detections. For the sake of clarity, the "usage count" numbers do not represent additional detections beyond the 31,296 detections (one detection per row) identified in the spreadsheet.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 7, 2018 _____
Chris Woods

2