# Exhibit 9
To the Pounder Reply Declaration
in further support of
Extreme's motion for Summary Judgment

# Filed Under Seal