# Exhibit 4

To the Zakarin Reply Declaration
in further support of
Extreme's motion for Summary Judgment

**French, Charron L.**

| | |
|---|---|
| **From:** | Zakarin, Donald S. |
| **Sent:** | Monday, October 15, 2018 7:11 PM |
| **To:** | Mick Marderosian |
| **Cc:** | Heather Cohen; Wook Hwang; Bagley, Ross; Erin Smith Dennis (edennis@loeb.com); Kleiner, Yevgenia S.; Kate Holly |
| **Subject:** | Re: Twelve Sixty v. Viacom |

Mick:

While it's not my job, I believe it's 0010950, produced April 17. Perhaps Aron and Robert overlooked it.

Sent from my iPhone

On Oct 15, 2018, at 6:14 PM, Mick Marderosian <mgm@mcc-legal.com> wrote:

> Don,
> Please provide the Bates number ranges for the "extracts" you are referring to. thanks, mick
> **Mick Marderosian**
> Email: mick@mcc-legal.com
> Website: www.mcc-legal.com
> *Licensed to practice in California, Washington, and Washington D.C.*
> **Fresno Bakersfield**
> 1260 Fulton Street 1200 Truxtun Ave., Ste. 130
> Fresno, CA 93721 Bakersfield, CA 93301
> Tel: (559) 441-7991 Tel: (661) 634-9787
> Fax: (559) 441-8170
> Cell: (559) 273-1136
> CONFIDENTIALITY NOTICE: This e-mail is intended to be sent only to the recipient stated therein. This e-mail is confidential and also may be legally privileged or protected by the attorney-client privilege or work product doctrine, and also may be restricted from disclosure by applicable state and federal law. Any copying, disclosure, distribution, review or use of this e-mail by other than the intended recipient or that person's agent is strictly prohibited. If you have received this e-mail in error, please notify the sender, and immediately permanently delete or destroy this e-mail, and all copies thereof from any drives or storage media, and destroy any printouts of the e-mail.
>
> **From:** Zakarin, Donald S. [mailto:DZakarin@PRYORCASHMAN.com]
> **Sent:** Monday, October 15, 2018 2:18 PM
> **To:** Heather Cohen; Mick Marderosian; 'Wook Hwang'
> **Cc:** Bagley, Ross; Erin Smith Dennis (edennis@loeb.com); Kleiner, Yevgenia S.; Kate Holly
> **Subject:** RE: Twelve Sixty v. Viacom
> Heather:
> I am happy to have a call on scheduling of the depositions. As I had said, one of our experts, who I had thought was going to be in LA during the week of November 5, may not be there but is available in NY the week of the 29th. So I would like to try to schedule him in NY. But we can discuss all logistics tomorrow.
> As to PRS, as I had thought when I wrote to Mick on Friday, we have in fact produced all of the PRS information reflecting payments by PRS to any Extreme entity from the inception of any reports from PRS reflecting any performance income payable by PRS to our clients with respect to your clients' works through, I believe, March of 2018. We produced an extract which identified each payment from PRS with respect each work and there are in excess of 10,000 lines of data in that PRS extract. As I explained in Court last spring, Extreme gets statements from the PROs that are very large because it gets reports

1

on all works, not merely your clients' works. We were not going to assume the burden of redacting all information unrelated to your clients nor produce reports containing information having nothing to do with them. Thus, we produced instead extracts taken from the reports and those you have (but whomever has been reviewing our production – possibly your clients themselves – has overlooked this information).

I understand that we may have also unintentionally produced some PRS statements and possibly statements from other societies which may have been attached to emails. With over 125,000 pages of material produced, it does not surprise me that we might not always have removed statements attached to email traffic. But that inadvertent production was not the real responsive production which was done through the extracts and those you have. The fact that we may have also provided you with some statements does not change the fact that our full production on the subject is by way of the extracts we produced months ago.

As such, there is nothing missing from our production. You have it all (and more).

Donald S. Zakarin
Pryor Cashman, LLP
7 Times Square
New York, NY 10036
212-326-0108 (P)
212-798-6306 (F)
dzakarin@pryorcashman.com

**From:** Heather Cohen [mailto:hcohen@mcc-legal.com]
**Sent:** Monday, October 15, 2018 4:58 PM
**To:** Mick Marderosian <mgm@mcc-legal.com>; 'Wook Hwang' <whwang@loeb.com>
**Cc:** Zakarin, Donald S. <DZakarin@PRYORCASHMAN.com>; Bagley, Ross <RBagley@PRYORCASHMAN.com>; Erin Smith Dennis (edennis@loeb.com) <edennis@loeb.com>; Kleiner, Yevgenia S. <YKleiner@PRYORCASHMAN.com>; Kate Holly <kate@mcc-legal.com>
**Subject:** RE: Twelve Sixty v. Viacom

Wook and Don-

I would like to arrange a conference call, preferably tomorrow before 12 noon EST to discuss expert deposition schedules and the outstanding issue pertaining to Extreme PRS documents and Viacom/Extreme semi-annual statements that are not in the production.

Let me know if you are available. Can also do anytime on Wednesday.

Heather

**Heather S. Cohen**
**Email:** heather@mcc-legal.com
**Website:** www.mcc-legal.com
**\*Licensed to practice in California, Washington, and Arizona**
**Fresno Bakersfield**
1260 Fulton Street 1200 Truxtun Ave., Ste. 130
Fresno, CA 93721 Bakersfield, CA 93301
Tel: (559) 441-7991 Tel: (661) 634-9787
Fax: (559) 441-8170
Cell: (206) 390-0180

CONFIDENTIALITY NOTICE: This e-mail is intended to be sent only to the recipient stated therein. This e-mail is confidential and also may be legally privileged or protected by the attorney-client privilege or work product doctrine, and also may be restricted from disclosure by applicable state and federal law. Any copying, disclosure, distribution, review or use of this e-mail by other than the intended recipient or that person's agent is strictly prohibited. If you have received this e-mail in error, please notify the sender, and immediately permanently delete or destroy this e-mail, and all copies thereof from any drives or storage media, and destroy any printouts of the e-mail.

**From:** Mick Marderosian
**Sent:** Monday, October 15, 2018 7:53 AM
**To:** 'Wook Hwang' <whwang@loeb.com>
**Cc:** 'Donald S. Zakarin - Pryor Cashman LLP (dzakarin@pryorcashman.com)'
<dzakarin@pryorcashman.com>; 'Ross M. Bagley - Pryor Cashman LLP (rbagley@pryorcashman.com)'
<rbagley@pryorcashman.com>; Erin Smith Dennis (edennis@loeb.com) <edennis@loeb.com>; Heather
Cohen <hcohen@mcc-legal.com>; Kleiner, Yevgenia S. (YKleiner@PRYORCASHMAN.com)
<YKleiner@PRYORCASHMAN.com>; Kate Holly <kate@mcc-legal.com>; Heather Cohen <hcohen@mcc-
legal.com>
**Subject:** RE: Twelve Sixty v. Viacom

Wook,

Extreme provided the 2012 and 2014 reports issued to Viacom. Therefore, we need to see the 2010,
2011, 2012, 2016, 2017 and thus far for 2018. These should have been provided in your original
discovery responses, but were not. If you do not confirm today that you will produce (as also
represented by you at the Viacom dep) and when, we will contact Judge Crotty. mick

**Mick Marderosian**
Email: mick@mcc-legal.com
Website: www.mcc-legal.com
*Licensed to practice in California, Washington, and Washington D.C.
Fresno Bakersfield
1260 Fulton Street 1200 Truxtun Ave., Ste. 130
Fresno, CA 93721 Bakersfield, CA 93301
Tel: (559) 441-7991 Tel: (661) 634-9787
Fax: (559) 441-8170
Cell: (559) 273-1136

CONFIDENTIALITY NOTICE: This e-mail is intended to be sent only to the recipient stated therein. This e-
mail is confidential and also may be legally privileged or protected by the attorney-client privilege or
work product doctrine, and also may be restricted from disclosure by applicable state and federal law.
Any copying, disclosure, distribution, review or use of this e-mail by other than the intended recipient or
that person's agent is strictly prohibited. If you have received this e-mail in error, please notify the
sender, and immediately permanently delete or destroy this e-mail, and all copies thereof from any
drives or storage media, and destroy any printouts of the e-mail.

**From:** Mick Marderosian
**Sent:** Saturday, October 13, 2018 1:30 PM
**To:** Wook Hwang; Heather Cohen
**Cc:** Donald S. Zakarin - Pryor Cashman LLP (dzakarin@pryorcashman.com); Ross M. Bagley - Pryor
Cashman LLP (rbagley@pryorcashman.com); Erin Smith Dennis (edennis@loeb.com); Heather Cohen;
Kleiner, Yevgenia S. (YKleiner@PRYORCASHMAN.com); Kate Holly
**Subject:** RE: Twelve Sixty v. Viacom

Wook,

We have discovered a significant deficiency in your client's production of documents. Specifically, they
have failed to produce all of the semi-annual income statements issued by Extreme to Viacom for the
years 2010 to the present as referenced in the deposition of Anita Chinkes Ratner at pages 80-85.
Contrary to your representations at the deposition, you have failed to produce the semi-annual reports
for 2010, 2011, 2012, 2013, 2016 and 2017. We would also like to see the 2018 report produced for the
first period of 2018. At the deposition of Anita Chinkes Ratner at pages 80-85 you also represented that
all reports would be produced. They have not, and before we enter into any stipulations or commence
expert depositions, I will need your client to immediately complete the production of these documents
and carry through with what you represented at the Viacom 30(b)(6) deposition at pages 83 and 84 as
referenced below. We have reports for 2014 and 2015 but do not have the reports for the years
referenced above. Please produce them all immediately or we will be forced to seek court intervention.
Thanks, mick

·MR. MARDEROSIAN:· Have these

3

19· · · ·annual reports been produced, counsel?
20· · · · · ·MR. HWANG:· We've produced them
21· · · ·to you.
22· · · · · ·MR. MARDEROSIAN:· You have
23· · · ·produced them?
24· · · · · ·MR. HWANG:· Yes.
25· · · · · ·MR. MARDEROSIAN:· Okay.· For
Page 84
·1· · ·A. Ratner - Confidential
·2· ·that time period, 2010 to the present?
·3· · · · ·MR. HWANG:· I don't know what
·4· ·the specific time period is, but if
·5· ·you look and you see some issues with
·6· ·it, we can talk about it offline.
·7· · · · ·MR. MARDEROSIAN:· Okay.
·8· · · · ·MR. HWANG:· But certainly it's
·9· ·our intent to produce the income
10· ·statements to you, yes.
**Mick Marderosian**
Email: mick@mcc-legal.com
Website: www.mcc-legal.com
*Licensed to practice in California, Washington, and Washington D.C.
**Fresno Bakersfield**
1260 Fulton Street 1200 Truxtun Ave., Ste. 130
Fresno, CA 93721 Bakersfield, CA 93301
Tel: (559) 441-7991 Tel: (661) 634-9787
Fax: (559) 441-8170
Cell: (559) 273-1136

CONFIDENTIALITY NOTICE: This e-mail is intended to be sent only to the recipient stated therein. This e-mail is confidential and also may be legally privileged or protected by the attorney-client privilege or work product doctrine, and also may be restricted from disclosure by applicable state and federal law. Any copying, disclosure, distribution, review or use of this e-mail by other than the intended recipient or that person's agent is strictly prohibited. If you have received this e-mail in error, please notify the sender, and immediately permanently delete or destroy this e-mail, and all copies thereof from any drives or storage media, and destroy any printouts of the e-mail.

**From:** Wook Hwang <whwang@loeb.com>
**Sent:** Tuesday, October 09, 2018 11:10 AM
**To:** Heather Cohen <hcohen@mcc-legal.com>; Mick Marderosian <mgm@mcc-legal.com>
**Cc:** Donald S. Zakarin - Pryor Cashman LLP (dzakarin@pryorcashman.com)
<dzakarin@pryorcashman.com>; Ross M. Bagley - Pryor Cashman LLP (rbagley@pryorcashman.com)
<rbagley@pryorcashman.com>
**Subject:** FW: Twelve Sixty v. Viacom
Heather – Please advise as to status on the attached stipulation. If we can't reach agreement, we should figure that out soon, well before the close of discovery, to determine how to proceed. As I noted, I don't think we're trying to provide for anything different, and my changes should address your concerns. Adding Don and Ross to obtain their agreement to the new language.
Wook Hwang | Partner
**LOEB & LOEB LLP** | whwang@loeb.com
345 Park Avenue | New York, NY 10154
Direct 212.407.4035 | Fax 212.937.3847

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby

notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

---

**From:** Wook Hwang
**Sent:** Monday, September 24, 2018 8:31 PM
**To:** 'Heather Cohen' <hcohen@mcc-legal.com>
**Cc:** Mick Marderosian <mgm@mcc-legal.com>
**Subject:** RE: Twelve Sixty v. Viacom

Heather – Here is a revised stipulation, showing the changes in redline from my initial version and incorporating some of your changes in substance. I believe we are trying to get to the same place, but your draft is too vague and leaves open the possibility of yet another action against New Creative or New Remote. We obviously can't agree to that. Let me know if this works, or otherwise feel free to call so we can hash this out.

Wook Hwang | Partner
**LOEB & LOEB LLP** | whwang@loeb.com
345 Park Avenue | New York, NY 10154
Direct 212.407.4035 | Fax 212.937.3847

---

**From:** Heather Cohen <hcohen@mcc-legal.com>
**Sent:** Friday, September 14, 2018 5:17 PM
**To:** Wook Hwang <whwang@loeb.com>
**Cc:** Mick Marderosian <mgm@mcc-legal.com>
**Subject:** Twelve Sixty v. Viacom

Wook-

Here is where we are on the stip. As discussed, I want to make sure Plaintiffs are not jeopardized by dismissing New Creative. I am still running this by the clients and so I still need their approval but I wanted to provide this to you as promised. We can conference about it next week.

Heather

---

**Heather S. Cohen**
Email: heather@mcc-legal.com
Website: www.mcc-legal.com
*Licensed to practice in California, Washington, and Arizona

Marderosian
&Cohen

A Professional Corporation
**Fresno Bakersfield**
1260 Fulton Street 1200 Truxtun Ave., Ste. 130
Fresno, CA 93721 Bakersfield, CA 93301
Tel: (559) 441-7991 Tel: (661) 634-9787
Fax: (559) 441-8170 Fax: (661) 634-9786
Cell: (206) 390-0180 Cell: (206) 390-0180

CONFIDENTIALITY NOTICE: This e-mail is intended to be sent only to the recipient stated therein. This e-mail is confidential and also may be legally privileged or protected by the attorney-client privilege or work product doctrine, and also may be restricted from disclosure by applicable state and federal law. Any copying, disclosure, distribution, review or use of this e-mail by other than the intended recipient or that person's agent is strictly prohibited. If you have received this e-mail in error, please notify the sender, and immediately permanently delete or destroy this e-mail, and all copies thereof from any drives or storage media, and destroy any printouts of the e-mail.

---

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents,

may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

## Zakarin, Donald S.

| | |
|---|---|
| **From:** | Mick Marderosian <mgm@mcc-legal.com> |
| **Sent:** | Friday, October 12, 2018 6:53 PM |
| **To:** | Zakarin, Donald S. |
| **Cc:** | Heather Cohen; Wook Hwang (whwang@loeb.com); Erin Smith Dennis; Bagley, Ross; Kleiner, Yevgenia S. |
| **Subject:** | RE: PRS Royalty Statements |

Thanks Don.  Have a good weekend. mick

Mick Marderosian

Email:  mick@mcc-legal.com
Website:  www.mcc-legal.com
*Licensed to practice in California, Washington, and Washington D.C.

Fresno                     Bakersfield
1260 Fulton Street         1200 Truxtun Ave., Ste. 130
Fresno, CA 93721           Bakersfield, CA 93301
Tel:  (559) 441-7991       Tel:  (661) 634-9787
Fax:  (559) 441-8170
Cell:  (559) 273-1136

CONFIDENTIALITY NOTICE: This e-mail is intended to be sent only to the recipient stated therein. This e-mail is confidential and also may be legally privileged or protected by the attorney-client privilege or work product doctrine, and also may be restricted from disclosure by applicable state and federal law. Any copying, disclosure, distribution, review or use of this e-mail by other than the intended recipient or that person's agent is strictly prohibited. If you have received this e-mail in error, please notify the sender, and immediately permanently delete or destroy this e-mail, and all copies thereof from any drives or storage media, and destroy any printouts of the e-mail.


-----Original Message-----
From: Zakarin, Donald S. <DZakarin@PRYORCASHMAN.com>
Sent: Friday, October 12, 2018 3:51 PM
To: Mick Marderosian <mgm@mcc-legal.com>
Cc: Heather Cohen <hcohen@mcc-legal.com>; Wook Hwang (whwang@loeb.com) <whwang@loeb.com>; Erin Smith Dennis <edennis@loeb.com>; Bagley, Ross <RBagley@PRYORCASHMAN.com>; Kleiner, Yevgenia S. <YKleiner@PRYORCASHMAN.com>
Subject: Re: PRS Royalty Statements

Mick:

I will check but I thought we did not produce statements but instead extracted information showing our payments for your client's' works from the foreign Societies (and BMI) because the actual statements would have shown thousands of works, not just your clients.  If information from periods are missing, either it was inadvertently omitted or there was no reported income to our clients on your client's' works in the periods (or you have yourself just overlooked what has already been provided).

So I will follow up and let you know next week what the answer is.

1

Sent from my iPhone

> On Oct 12, 2018, at 6:41 PM, Mick Marderosian <mgm@mcc-legal.com> wrote:
>
> Dear Don,
> We have discovered a production deficiency by your clients. In this regard we have received the following PRS royalty statements for the time periods identified :
>
> For Extreme Music Limited :
> April 2012
> July 2012
> May 2014
> July 2014
> October 2014
> December 2014
> April 2015
> July 2015
> December 2015
> April 2016
>
> For Extreme Music Library Limited :
> December 2014
> July 2015
> May 2016
>
>
> We have not however received the following :
> 1.  any statements for 2013 for EML or EMLL.
> 2.  any statements for Oct/Dec 2012 for EML.
> 3.  the October 2015 statement for EML, 4. the July/Oct/Dec 2016
> statements for EML.
> 5. lastly, we only received three statements for EMLL.
>
>
> According to PRS, they pay royalties to their members through four main distributions each year: in April, July, October and December.
>
> Please produce these documents.
>
> Thanks,
>
> Mick Marderosian
>
> Email:  mick@mcc-legal.com
> Website:  www.mcc-legal.com
> *Licensed to practice in California, Washington, and Washington D.C.
>
> Fresno          Bakersfield
> 1260 Fulton Street        1200 Truxtun Ave., Ste. 130
> Fresno, CA 93721        Bakersfield, CA 93301
> Tel:  (559) 441-7991      Tel:  (661) 634-9787

> Fax:  (559) 441-8170
> Cell:  (559) 273-1136
>
> CONFIDENTIALITY NOTICE: This e-mail is intended to be sent only to the recipient stated therein. This e-mail is confidential and also may be legally privileged or protected by the attorney-client privilege or work product doctrine, and also may be restricted from disclosure by applicable state and federal law. Any copying, disclosure, distribution, review or use of this e-mail by other than the intended recipient or that person's agent is strictly prohibited. If you have received this e-mail in error, please notify the sender, and immediately permanently delete or destroy this e-mail, and all copies thereof from any drives or storage media, and destroy any printouts of the e-mail.
>
>

_____

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.