# Exhibit 10

To the Zakarin Reply Declaration
in further support of
Extreme's motion for Summary Judgment

# Filed Under Seal