# Exhibit 12
To the Zakarin Reply Declaration
in further support of
Extreme's motion for Summary Judgment

```
 1                UNITED STATES DISTRICT COURT

 2              FOR THE SOUTHERN DISTRICT OF NEW YORK

 3

 4   TWELVE SIXTY LLC, ARON MARDEROSIAN,
     ROBERT MARDEROSIAN,
 5
             Plaintiffs,
 6
           vs.   Civil Action No. 1:17-CV-01479-PAC
 7
     EXTREME MUSIC LIBRARY LIMITED, A DIVISION
 8   OF SONY/ATV MUSIC PUBLISHING; EXTREME MUSIC
     LIMITED; VIACOM INTERNATIONAL, INC.; NEW
 9   CREATIVE MIX, INC.; HYPE PRODUCTION MUSIC,

10           Defendants.
     _____
11

12

13                 VIDEOTAPED DEPOSITION OF

14                      RUSSELL EMANUEL

15                         VOLUME I

16

17                       July 10, 2018

18                   9:07 a.m. - 3:00 p.m.

19

20      10100 Santa Monica Boulevard, Suite 2200

21                   Los Angeles, CA 90067

22

23            DAVID OCANAS, CSR NO. 12567

24

25
```



```
 1                    APPEARANCES OF COUNSEL
 2

 3   On Behalf of the PLAINTIFFS:

 4         MARDEROSIAN & COHEN
           MICHAEL G. MARDEROSIAN, ESQ.
 5         1260 Fulton Mall
           Fresno, CA 93721
 6         (559) 441-7991
           mick@mcc-legal.com
 7

 8   On Behalf of the DEFENDANT, EXTREME MUSIC LIBRARY
     LIMITED and EXTREME MUSIC LIMITED:
 9
           PRYOR CASHMAN LLP
10         DONALD S. ZAKARIN, ESQ.
           ROSS M. BAGLEY, ESQ.
11         7 Times Square
           New York, NY 10036
12         (212) 421-4100
           dzakarin@pryorcashman.com
13         rbagley@pryorcashman.com

14
     On Behalf of the DEFENDANTS, VIACOM INTERNATIONAL,
15   INC., NEW CREATIVE MIX, INC. and HYPE PRODUCTION
     MUSIC:
16
           LOEB & LOEB
17         WOOK J. HWANG, ESQ.
           345 Park Avenue
18         New York, NY 10154
           (212) 407-4000
19         whwang@loeb.com

20
     Also Present:
21
           ARON MARDEROSIAN
22         ROBERT MARDEROSIAN

23

24

25
```



```
 1   APPEARANCES (CONTINUED):
 2
 3   Videographer:
 4           TODD BULLOCK
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1      Q.   Have you participated in any conversations
 2   with anyone at Viacom that the annual fee that
 3   Viacom is paying is being paid in an effort to
 4   avoid any contribution that they have to make to
 5   any PRO?
 6           MR. ZAKARIN:  You can answer that
 7   question.
 8           THE WITNESS:  No.
 9   BY MR. MARDEROSIAN:
10      Q.   Let's to go Exhibit E-1.
11           Have you had a chance to look this over?
12   You read this article before; right?
13      A.   Yes.
14      Q.   Is it correct, the first paragraph:
15           "The market for production music has grown
16   to be worth an estimated $2 billion globally
17   ranging from television and film scoring to
18   electronic gaming and licensing for commercials";
19   is that an accurate statement?
20      A.   I don't know.
21      Q.   Did you make the statement?
22      A.   No.
23      Q.   Did you approve the article?
24      A.   No.
25      Q.   You were interviewed?
```



1        A.   I don't get approval.
2        Q.   What do you mean you don't get -- you
3   didn't get approval of the content?
4        A.   Right.
5        Q.   Is there -- was there a press release
6   prepared by Extreme Music that contributed to this
7   article?
8        A.   They took stuff from the press release,
9   but this was an interview.
10       Q.   So is that a true statement or not?  You
11  have been in what you call production music.
12            In 2017, they are representing -- Forbes
13  is representing to the public here that the market
14  has grown to be worth an estimated $2 billion
15  globally.
16       A.   I didn't make that statement.
17       Q.   Is that a correct statement or not?
18       A.   I don't know.
19       Q.   You have no knowledge of that?
20       A.   I have no knowledge.
21       Q.   The bottom of the third paragraph says:
22            "While sitting in a boardroom
23  brainstorming ideas, Russell Emanuel," that's you;
24  right?
25       A.   Yes.



1    A.    Which of those two questions?
2    Q.    The question is to be truthful with me.
3  Do you tout yourself, Extreme Music, and yourself
4  as being the top dog, the global leader in terms of
5  exploitation and marketing production music or not?
6    A.    Yes.
7    Q.    How do you define production music?
8          Give me all the different strata of
9  production music from background to theme to
10 branding, sonic branding.
11         You know this.
12   A.    Production music isn't sonic branding.
13   Q.    It's not.  How about Bleeding Fingers, is
14 that a mission of Bleeding Fingers, that they
15 develop music to brand certain products for sale in
16 marketing?
17   A.    No.
18   Q.    So what is production music?  Educate me
19 on that.
20         You've been in it for a long time.
21   A.    Essentially background music, film TV.
22   Q.    Background music?
23   A.    Background music.  Although nowadays it's
24 more featured.  The songs have become more
25 apparent.



```
 1       Q.   When it's used in a Starbucks commercial,
 2   is that considered background music?
 3       A.   We do get feature placements.
 4       Q.   When it's used in a Spiderman trailer, is
 5   that considered background music?  Yes or no?
 6       A.   You asked me to categorize production
 7   music, I would say most people's understanding is
 8   background music.
 9            It also includes feature music.
10       Q.   What do you mean by background music?
11       A.   The difference between a commercial song
12   which is out there --
13       Q.   Top 40?
14       A.   Top 40 --
15            MR. ZAKARIN:  Can you please let the
16   witness finish his statement without your
17   interrupting.
18            THE WITNESS:  Its mission is not to sell
19   the song.  Its mission is to sell the picture.
20   BY MR. MARDEROSIAN:
21       Q.   Or the product?
22       A.   If it's used in an ad --
23       Q.   Sell Chrysler's Dodge Ram vehicles, motor
24   vehicles, whatever it may be, right, production
25   music is used for that purpose as well?
```



```
 1                      CERTIFICATION

 2                            OF

 3              CERTIFIED SHORTHAND REPORTER

 4

 5         I, the undersigned, a Certified Shorthand

 6   Reporter of the State of California, do hereby

 7   certify:

 8         That the foregoing proceedings were taken

 9   before me at the time and place herein set forth;

10   that any witness in the foregoing proceedings,

11   prior to testifying, were place under oath; that a

12   verbatim record of the proceedings was made by me

13   using machine shorthand which was thereafter

14   transcribed under my direction; further, that the

15   foregoing is an accurate transcription thereof.

16         I further certify I am neither financially

17   interested in the action nor a relative or employee

18   of any attorney of any of the parties.  Signed on

19   the 11th day of July, 2018.

20
21   
22   _____
     DAVID OCANAS, CSR NO. 12567
23

24

25
```