UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TWELVE SIXTY LLC, ARON MARDEROSIAN,
and ROBERT MARDEROSIAN,
                       Plaintiffs,                17 **CIVIL** 1479 (PAC)

       -against-                           **JUDGMENT**

EXTREME MUSIC LIBRARY LIMITED, a
division of Sony/ATV Music Publishing;
EXTREME MUSIC LIMITED; VIACOM
INTERNATIONAL INC.; NEW CREATIVE MIX
INC.; and HYPE PRODUCTION MUSIC,
                       Defendants.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated May 26, 2020, After three and a half years of litigation, attempts at mediation, and more than 5,000 pages submitted on the motions considered in this Opinion alone, the Plaintiffs have failed to raise a single genuine issue of material fact such that a reasonable factfinder could decide in their favor on their remaining breach of contract claims at trial. What remains are "'conclusory statements, conjecture, [and] speculation'" that are insufficient to defeat summary judgment.

*Flores v. United States*, 885 F.3d 119, 122 (2d Cir. 2018) (quoting *Kulak v. City of New York*, 88 F.3d 63, 71 (2d Cir. 1996)).

     The motion to strike evidence in support of Viacom's motion to exclude Rodriguez's expert testimony and the motion to exclude Rodriguez's expert testimony are both DENIED. The motion to strike evidence in support of the Defendants' motion to exclude Kohn's expert testimony is GRANTED in part and DENIED in part. The motions to strike evidence in support of the motions for summary judgment are dismissed as moot. The motion to exclude

Kohn's expert testimony is GRANTED. The Defendants' motions for summary judgment are

GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
           May 27, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                    **Clerk of Court**
                                         **BY:**    *[signature: David J. Thomas]*
                                                    _____
                                                    **Deputy Clerk**